# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>          Plaintiff,<br>vs.<br><br>S&J INVESTMENTS #3, L.C., a Utah Limited Liability Company, JOHN DOES I – X, XYZ CORPORATIONS and/or Limited Liability Companies I – X.<br><br>          Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-1265-CW-DBP<br><br>Judge Clark Waddoups |

This matter is before the Court pursuant to the stipulated motion to dismissed filed jointly by the parties on November 14, 2017 (the "Motion"). Having reviewed the motion, and for good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned case is dismissed with prejudice.

DATED the 14th day of November, 2017.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge